UNITED STATES DISTRICT COURT
MIDDLE DISTRICT of FLORIDA
JACKSONVILLE DIVISION

FILED
2011 JUL 21 PM 12:18
CLERK, US DISTRICT COURT
MIDDLE DISTRICT OF FL
JACKSONVILLE FLORIDA

Phillip Daughtry
Plaintiff

CASE NO: 3:11-CV-235-J-37TEM

VS.
SGt. HARRIS. et al..
Defendant(s)


RECEIVED
UNION CORRECTIONAL INSTITUTION
JUL 18 2011
BY P.O.
FOR MAILING

## DECLARATION FOR ENTRY OF DEFAULT

Phillip Daughtry, hereby declares: I am the Plaintiff herein. The complaint herein was filled on the march 10, 2011.

The court files and record herein show that the Defendant(s) were served by the united states marshal with a copy of summons, and a copy of the Plaintiffs complaint on the MAY 19, 2011.

more than 20 days have elapsed since the date on which the Defendant(s) Herein were served with summons and a copy of Plaintiffs complaint, Excluding the date thereof.

1 of 2

The Defendant(s) have failed to Answer or otherwise defend as to Plaintiffs Complaint, or serve a copy of any answer or any defense which it might have had, upon Affiant. Defendant(s) are not in the military service and are not infants or incompetents.

I declare under penalty of perjury that the foregoing is true and correct. Executed at Raiford, Florida on JULY 14, 2011.

Respectfully Submitted:
/S/ Phillip Daughtry
Phillip Daughtry #JK53079
Union C.I.
7819 NW 228th Street
Raiford, Florida 32026

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy has been furnished by U.S. mailed to: U.S. District Court 300 North Hogan Street, Suite 9-150 Jacksonville Florida 32202 and to: Pamela Jo Bondi. Attorney General The Capitol, Suite PL-01 Tallahassee, Florida 32399 on this 18 day of July, 2011

/S/ Phillip Daughtry

2 of 2